UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PINNACLE IMPORTS, LLC, ) | |
| ) | |
| Plaintiff, ) | Cause No. 4:09-CV-00534 |
| ) | |
| v. ) | |
| ) | |
| PRECEPT BRANDS, LLC, ) | |
| ) | |
| Defendant. ) | |

```
MOTION:
Granted    ✓
Denied     ____
Overruled  ____
Date
Otmu6/29/05
```

## MOTION FOR EXTENSION OF TIME TO DISCLOSE EXPERT WITNESSES AND COMPLETE DEPOSITIONS (WITH CONSENT)

COMES NOW Plaintiff Pinnacle Imports, LLC ("Plaintiff"), with the consent of Defendant Precept Brands, LLC ("Defendant"), and respectfully requests that the Court grant the parties additional time in which to disclose expert witnesses and complete depositions as follows:

1. By order dated May 19, 2009, the Court established:

    a. June 26, 2009 as the date for submission of the Plaintiff's disclosure of all expert witnesses, and to provide reports required by Rule 26(a)(2) of the Federal Rules of Civil Procedure;

    b. July 24, 2009 as the date for Defendant to complete all deposition(s) of Plaintiff's expert witnesses;

    c. August 10, 2009 as the date for submission of the Defendant's disclosure of all expert witnesses, and to provide the reports required by Rule 26(a)(2) of the Federal Rules of Civil Procedure; and

1